UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANINE ROGERS,<br><br>    Plaintiff,<br><br>v.<br><br>TREK BICYCLE CORPORATION et al.,<br><br>    Defendants. | Case No. 2:22-cv-02960-SB-AFM<br><br><br>ORDER OF DISMISSAL WITH PREJUDICE |

    Upon receiving the parties' notice of settlement on November 17, 2022, the Court dismissed this action without prejudice and ordered that the dismissal would convert automatically to a dismissal without prejudice if no party moved to vacate and reopen the case within 45 days.  Dkt. No. 33.  On December 14, 2022, the parties filed a stipulation to dismiss the case with prejudice, in which they agreed that the Los Angeles Superior Court "shall have jurisdiction over the parties to enforce the settlement until full performance of the terms of this Settlement Agreement pursuant to California Code of Civil Procedures Section 664.6.  In such event that jurisdiction is rejected or otherwise not available by Los Angeles Superior Court, the Central District Court shall retain jurisdiction."  Dkt. No. 34.  The parties included a proposed order dismissing the claims with prejudice, vacating the trial date in this case (which was already done when the Court dismissed the claims on November 17), and ordering that the Los Angeles Superior Court has jurisdiction according to the terms of their stipulation.

    The Court GRANTS the parties' stipulation only as to the dismissal of Plaintiff's claims, which are DISMISSED with prejudice.  The parties provide no authority suggesting that this Court can or should order that another court has jurisdiction to enforce their settlement.  This Court shall not retain jurisdiction to

2

enforce the settlement, so the parties are free to pursue any disputes about the settlement terms in the proper jurisdiction.  This action is now CLOSED.

    IT IS SO ORDERED.

Date: December 15, 2022

                                          Stanley Blumenfeld, Jr.
                                          United States District Judge